UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Merrill Kopacz

    v.                                            Case No. 24-cv-403-SE-TSM

Martin O'Malley, Commissioner,
United States Social Security Administration

**O R D E R**

      Michael Merrill Kopacz filed this action under 42 U.S.C. § 405(g), challenging a final determination of the United States Social Security Administration ("SSA") on Mr. Kopacz's claim for disability insurance benefits.  The matter is before the Court for preliminary review.  See 28 U.S.C. § 1915(e)(2); LR 4.3(d)(2).  Mr. Kopacz filed this action after receiving a final decision from the SSA, within the time allowed.  See 42 U.S.C. § 405(g).  Therefore, this matter may proceed, and the Court directs service of the Complaint (Doc. No. 1).  Proceedings in this case will proceed as set forth in LR 9.1.

      The Clerk's office is directed to serve this Order and the Complaint (Doc. No. 1), including the attachments to the Complaint, on Martin O'Malley, SSA Commissioner, by serving the United States Attorney's Office for the District of New Hampshire with copies of the Complaint and this Order through the Court's Electronic Case Filing System, in accordance with LR 9.1(a)(1).  The government, once served, is directed to respond in accordance with LR 9.1(b).  Thereafter, both parties must comply with LR 9.1(c)-(e).

      After the complaint is served, Mr. Kopacz may serve documents on the defendant, or the defendant's attorney(s) who have appeared in this action, in accordance with Fed. R. Civ. P. 5(b) or AP 2.8(b).  Thus, as to any attorney or party that is registered to use the court's electronic case

filing system ("ECF"), Mr. Kopacz need not serve a hard copy of his filings on that party or attorney, as a party using ECF will receive notice when Mr. Kopacz's documents are filed in the court.

      SO ORDERED.

                                                     Talesha L. Saint-Marc  
                                                     United States Magistrate Judge

January 2, 2025

cc:    Michael Merrill Kopacz, pro se